1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARK J. REICHEL, Bar #155034
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DENIS VILLATORO-PEREZ
6



7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )
11                                   )   Case No.  CR.S-05-213-EJG
              Plaintiff,             )
12                                   )
        v.                           )   STIPULATION AND ORDER;
13                                   )   EXCLUSION OF TIME
                                     )
14                                   )
   DENNIS VILLATORO-PEREZ,           )   Date: August 19, 2005
15                                   )   Time: 10:00 a.m.
              Defendant.             )   Judge: Honorable Edward J.
16  _____  )          Garcia

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, MICHAEL BECKWITH, Assistant United States

19  Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal

20  Defender, attorney for Defendant, that the previously scheduled status

21  conference hearing date of July 29, 2005 be vacated and the matter set

22  for status conference hearing on August 19, 2005 at 10:00 am.

23      This continuance is requested on the following grounds:

24      Defense counsel will be out of the country from July 25 to AUGUST

25  11, 2005, and therefore unavailable to work on this case in that time

26  period or attend the court hearings.

27      Defense counsel and the United States are currently engaged in

28  Stip and Order

1  plea negotiations to resolve the case, do not want to set the case for
2  trial, and would like to resolve the case without further use of
3  judicial resources;
4      Defense counsel's office will for the next 2 weeks conduct
5  additional background factual investigation over matters that only
6  recently emerged, will obtain documents by subpoena if necessary, and
7  will have to conduct legal research on the case in order to properly
8  prepare for a potential change of plea.
9      Accordingly, all counsel and the defendant agree that time under
10 the Speedy Trial Act from the date this stipulation is lodged, through
11 August 19, 2005, should be excluded in computing the time within which
12 trial must commence under the Speedy Trial Act, pursuant to Title 18
13 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

14 DATED: July 21, 2005.                Respectfully submitted,

15                                       QUIN DENVIR
                                         Federal Public Defender
16

17
   DATED: July 21, 2005.                /s/MARK J. REICHEL
18                                       MARK J. REICHEL
                                         Assistant Federal Defender
19                                       Attorney for Defendant

20
                                         McGREGOR SCOTT
21                                       United States Attorney

22

23 DATED: July 21, 2005.                /s/MARK J. REICHEL for
                                         MICHAEL M. BECKWITH
24                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
25

26

27

28

Stip and Order                          2

1
2
3
4

## O R D E R

**IT IS SO ORDERED.** The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

5
6
7

DATED: July **27** 2005

_____
EDWARD J. GARCIA
Senior, United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip and Order                          3