QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DENIS VILLATORO-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>DENNIS VILLATORO-PEREZ,<br>　　　　Defendant. | Case No.  CR.S-05-213-EJG<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: September 2, 2005<br>Time: 10:00 a.m.<br>Judge: Honorable Edward J. Garcia |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled status conference hearing date of AUGUST 26, 2005 be vacated and the matter set for status conference hearing on September 2, 2005 at 10:00 am.

　　　This continuance is requested on the following grounds:

　　　Defense counsel needs additional time to finalize plea negotiations conduct background investigation and determine all issues as to the defendant's alienage.

　　　Defense counsel and the United States are currently engaged in

Stip and Order

plea negotiations to resolve the case, do not want to set the case for trial, and would like to resolve the case without further use of judicial resources.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 2, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: August 25, 2005.           Respectfully submitted,

                                  QUIN DENVIR
                                  Federal Public Defender


DATED: August 25, 2005.           /s/MARK J. REICHEL
                                  MARK J. REICHEL
                                  Assistant Federal Defender
                                  Attorney for Defendant


                                  McGREGOR SCOTT
                                  United States Attorney


DATED: August 25, 2005.           /s/MARK J. REICHEL for
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: August 25, 2005            /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  Senior, United States District Judge

Stip and Order                                2